UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. |
| ) | '08 MJ 1408 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Jorge JACOBO-Munguia, ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **May 3, 2008** within the Southern District of California, defendant, **Jorge JACOBO-Munguia**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 5th DAY OF May 2008.

_____
Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jorge JACOBO-Munguia

## PROBABLE CAUSE STATEMENT

On Saturday, May 03, 2008, at approximately 8:50 p.m., Senior Patrol Agent T. Watson was conducting line watch duties near Tecate, California. At approximately 5:20 a.m., a Border Patrol scope operator transmitted, via Agency radio, that he observed a group of three individuals cross the United States / Mexico International Border in an area known as "the AG Loop Road". This area is approximately six miles east of the Tecate, California Port of Entry and approximately a tenth of a mile north of the United States / Mexico International Border. SPA Watson responded to the area and waited for the group. After a few minutes, SPA Watson saw the group and ran toward them. After a brief foot pursuit, SPA Watson was able to catch two of the three individuals. SPA Watson identified himself as a United States Border Patrol Agent and questioned the two individuals regarding their citizenship and nationality. Both individuals, including one later identified as **Jorge JACOBO-Munguia**, freely admitted that they were citizens and nationals of Mexico. SPA Watson then questioned the two individuals regarding any immigration documents they might have allowing them to enter into or remain in the United States legally. Both individuals, including the defendant, admitted that they do not have any immigration documents allowing them to be in or enter the United States legally. SPA Watson arrested both individuals and transported them to the Tecate Processing Center.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on October 10, 2007 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally.